UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN CARLOS LAUREANO,<br><br>                    Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>                    Defendants. | 19-CV-10986 (LLS)<br><br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

By order dated April 10, 2020, the Court directed Plaintiff to file a second amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the amended complaint. Plaintiff has not filed a second amended complaint. Accordingly, the amended complaint, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

Dated:   June 25, 2020
         New York, New York

                                        _____*Louis L. Stanton*_____
                                              Louis L. Stanton
                                              U.S.D.J.